IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID L. MCRAE,

    Plaintiff,

v.                                    CASE NO. 4:14cv418-RH/CAS

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.

_____/

## ORDER DENYING PRELIMINARY INJUNCTION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The motion for a preliminary injunction, ECF No. 2, is DENIED. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on October 5, 2014.

                                          s/Robert L. Hinkle
                                          United States District Judge