IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID L. MCRAE,

    Plaintiff,

v.                                           CASE NO.  4:14cv418-RH/GRJ

DEPARTMENT OF CORRECTIONS
et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 14.  No objections have been filed.

The plaintiff is a prisoner who asserts he has suffered reprisals and is at risk because he saw a correctional officer murder another prisoner.  As set out in the report and recommendation, the plaintiff's amended complaint is deficient in many respects.  The amended complaint plainly fails to state a claim against at least some of the named defendants.

An inmate who faces a significant risk of unconstitutional reprisal by correctional officers may maintain an action for injunctive relief under 42 U.S.C.

§ 1983. One could take either side of the issue whether the plaintiff has sufficiently alleged that he faces a significant risk from one or more of the defendants. At the least, though, the amended complaint is deficient in some respects. Good case management calls for the filing of a second amended complaint before the case goes forward.

The difficulty is that the plaintiff has not filed a second amended complaint. He has been repeatedly ordered to do so and has been given months to comply. The report and recommendation correctly concludes that the case should now be dismissed without prejudice. For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's further opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice for failure to comply with an order and failure to prosecute." The clerk must close the file.

SO ORDERED on January 31, 2015.

s/Robert L. Hinkle
United States District Judge